# CHARLES M. LANAHAN, JR.,

*vs.*

# MERCANTILE TRUST AND DEPOSIT COMPANY OF BALTIMORE, Trustee, et al.

*Wills and trusts: stock dividends; income or corpus?*

*Decided June 20th, 1918.*

Appeal from Circuit Court No. 2 of Baltimore City. (Ambler, J.)

The facts are stated in the opinion of the Court.

This cause and the preceding were argued together.

*Charles Markell* and *Karl A. M. Scholtz* filed a brief for the appellant.

*Charles McHenry Howard* filed a brief for the appellees.

Briscoe, J., delivered the opinion of the Court.

The controlling questions to be determined in this case are the same as those disposed of and decided by us in No. 22, *Krug v. Mercantile Trust and Deposit Co., et al., ante,* p. 110, and for the reasons stated in that case the decree in this case will be reversed and the cause will be remanded so as a decree may be passed, declaring that the shares of stock in the Merchants and Miners Transportation Company distributed by the Trust Company to the trust estate herein, constitute income and not corpus or principal and is payable to the life tenant.

> *Decree reversed and cause remanded, the costs above and below to be paid equally by the life tenant and remaindermen.*